```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHS EUROPE S.A.,                                        09 Civ. 4851 (SHS)
                                                     ORDER
                Plaintiff,

       -against-

ATLANTIQUE GRAIN,

                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      In light of the holding of the U.S. Court of Appeals for the Second Circuit in *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, --- F.3d ----, 2009 WL 3319675 (2d Cir. Oct. 16, 2009) and because plaintiff has not alleged that any property other than electronic funds transfers is likely to be found in this district, plaintiff is hereby ordered to show cause on or before November 13, 2009 why the Order of Maritime Attachment and Garnishment dated May 29, 2009 should not be vacated, any attached funds released, and this action dismissed.

Dated: New York, New York
          October 29, 2009

                                                        SO ORDERED:

                                                        Sidney H. Stein, U.S.D.J.